LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135

_____

TELEPHONE: (410) 752-1630
FACSIMILE: (410) 752-0085

**DAWN P. LANZALOTTI**
LANZALOTTI@ACKLAW.COM
_____

April 29, 2003

The Hon. William D. Quarles
United States District Court
 For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Balto., MD  21201

Dear Judge Quarles:

>    *Re:  Maimanat Maisami v. Sears, Roebuck and Co.*
>        *Civil Action # WDQ02-3375*

     I am writing on behalf of both counsel in this matter to request that the Court stay the present scheduling order for a three month period.  Counsel for plaintiff, Mr. Kooken, had a slip and fall accident in early March of 2003, which was compounded by his suffering a silent heart attack.  As a result of the accident, Mr. Kooken is scheduled to undergo surgery next week.  Mr. Kooken's expected recovery period is unknown at this time.

     If you have any questions, or if I may be of any assistance, please do not hesitate to contact me.

                    Very truly yours,


                    Dawn P. Lanzalotti


Cc:   Browne L. Kooken, Esq.