# United States District Court
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

April 29, 2003

Browne L. Kooken, Esq.
14750 Main Street, Suite 101
Upper Marlboro, MD 20772

Dawn P. Lanzalotti, Esq.
ANDERSON, COE & KING
201 N. Charles Street, Suite 2000
Baltimore, MD 21201

    Re: Maimanat Maisami v. Sears, Roebuck and Co.
       Civil No. WDQ 02-3375

Dear Counsel:

    This will respond to your letter dated April 29, 2003, requesting a stay of the present scheduling order for a three month period due to the health of counsel for plaintiff, Mr. Kooken. Your request is approved.

    Therefore, the scheduling order entered in this case on February 13, 2003, is hereby suspended, and counsel are directed to submit a joint proposed scheduling order on or before July 29, 2003.

    Although informal, this letter is an order of court and will be docketed and filed in the court file.

                             Very truly yours,

                             William D. Quarles, Jr.
                             United States District Judge

cc: Addressees
    Court File