### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MARYLAND

| | |
|---|---|
| MAIMANAT MAISAMI | : |
| Plaintiff | : |
| v. | :   Civil Case # WDQ-02-3375 |
| SEARS, ROEBUCK AND CO. | : |
| Defendant | : |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the voluntary dismissal of the above-captioned matter, with prejudice.


_____/s/_____          _____/s/_____
Browne L. Kooken, Esq.                              Dawn P. Lanzalotti, Esq. (No. 26902)
14750 Main Street                                   Anderson, Coe & King, LLP
Suite 101                                           201 N. Charles St., Suite 2000
Upper Marlboro, MD 20772                            Baltimore, MD 21201
(301) 627-1920                                      (410) 752-1630
Attorney for Plaintiff                              Attorney for Defendant